IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JIMMIE GOODINE,

     Appellant,

v.

STATE OF FLORIDA,

     Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D13-3563

Opinion filed October 14, 2014.

An appeal from the Circuit Court for Leon County.
Angela C. Dempsey, Judge.

Nancy A. Daniels, Public Defender, and Kathleen Stover, Assistant Public Defender, Tallahassee, for Appellant.

Pamela Jo Bondi, Attorney General, and Charles R. McCoy, Senior Assistant Attorney General, Tallahassee, for Appellee.

ON MOTION FOR REHEARING AND CERTIFICATION

PER CURIAM.

     This cause is before us on Appellant's Motion for Rehearing and Certification. We grant the motion to the extent that it requested the inclusion of a citation to controlling authority. However, we deny Appellant's request to certify

questions of great public importance. Accordingly, we withdraw our former opinion filed on August 22, 2014, and substitute this opinion in its place.

AFFIRMED. <u>See</u> <u>Williams v. State</u>, 143 So. 3d 423 (Fla. 1st DCA 2014).

WOLF, ROWE, and OSTERHAUS, JJ., CONCUR.